# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRODERICK M. SUMMERVILLE,**

     Plaintiff,

     -vs-                                    Case No. 14-C-302

**JBS GREEN BAY, Inc.,**

     Defendant.

## DECISION AND ORDER

Broderick Summerville filed a complaint which alleges that he was terminated from his employment at JBS Green Bay, Inc. because of his race or disability (or both). Summerville's request to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**, as it appears from his financial affidavit that he is unable to pay the filing fee to commence this lawsuit. 28 U.S.C. § 1915(a)(1). Moreover, Summerville's complaint states an actionable claim for relief. § 1915(e)(2)(B). Therefore, the United States Marshal is **ORDERED** to serve a copy of the summons and complaint on the defendant. Fed. R. Civ. P. 4(c)(3). Summerville's motion for appointment of counsel [ECF No. 4] is **DENIED** without prejudice.

Dated at Milwaukee, Wisconsin, this 7th day of April, 2014.

                                                    **BY THE COURT:**

                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**